| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Macavity Company, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:17-bk-08474** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule* **A/B, E/F and Master Mailing List**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 10, 2017**     X **/s/ Ready RDC LLC, Sole Member**
Signature of individual signing on behalf of debtor

**Ready RDC LLC, Sole Member**
Printed name

**By Lane Spencer Its: Member/Manager**
Position or relationship to debtor

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | checking | 6399 | $2,719.78 |
| 3.2. | Chase Bank | savings | 5021 | $133.16 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                        $2,852.94
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Retainer paid to PID Bond and Zoning Attorney | $22,587.22 |

| Debtor | **Macavity Company, LLC** | Case number *(If known)* **2:17-bk-08474** |
|---|---|---|
| | Name | |

9.  **Total of Part 2.**  $22,587.22

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 2

| Debtor | **Macavity Company, LLC** | Case number *(If known)* **2:17-bk-08474** |
|---|---|---|
| | Name | |

|  | 55.1. | **NW Corner of Monte Carlo Blvd and FM 75, Princeton, Texas 75407** <br>861.50 acres of undeveloped land | fee simple | $28,000,000.00 | Appraisal | $28,000,000.00 |
|---|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | $28,000,000.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
 ■ No
 ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
 ☐ No
 ■ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ☐ No. Go to Part 11.
 ■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** <br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** <br>www.whitewingtrails.com | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** <br>Project Files | Unknown | | Unknown |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
 ■ No
 ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
 ■ No
 ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
 ■ No

| Debtor | **Macavity Company, LLC** | Case number *(If known)* **2:17-bk-08474** |
|---|---|---|
| | Name | |

☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    **Receivable from Lane Spencer**    195,000.00 − 0.00 = **$195,000.00**
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Silver Arch Capital Partners**    **$100,000.00**

    | Nature of claim | Breach of agreement in excess of $100,000 |
    |---|---|
    | Amount requested | $100,000.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**    **$295,000.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Macavity Company, LLC**   Case number *(If known)* 2:17-bk-08474
       Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,852.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $22,587.22 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $28,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $295,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $320,440.16 + 91b. | $28,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,320,440.16 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Macavity Company, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:17-bk-08474** |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Avanco Environmental, Inc.**<br>**2815 Valley View Lane, Suite 113**<br>**Dallas, TX 75234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **environmental services**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,250.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**BT Development, LLC**<br>**4360 East Brown Road**<br>**Mesa, AZ 85205**<br><br>Date(s) debt was incurred **7/20/2017**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $75,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Cabco Cabinetry**<br>**1106 North Gilbert Road**<br>**Gilbert, AZ 85234**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $30,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cameron Petersen**<br>**8839 E Colby Cricle**<br>**Mesa, AZ 85207**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **1st Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $39,000.00 |

| | | |
|---|---|---|
| Debtor | **Macavity Company, LLC**<br>Name | Case number (if known) **2:17-bk-08474** |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Cameron Petersen**<br>**8839 E Colby Cricle**<br>**Mesa, AZ 85207** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **2nd Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Crystal Profit Sharing Plan and Trust**<br>**11601 N 132nd Place**<br>**Scottsdale, AZ 85259** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$765,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Dallas Petersen**<br>**371 W Cullumber**<br>**Gilbert, AZ 85234** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,500.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**DLA Piper LLP**<br>**4365 Executive Drive, Suite 1100**<br>**San Diego, CA 92121** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,758.00** |
| | Date(s) debt was incurred **April-May 2017**<br>Last 4 digits of account number _ | **Basis for the claim:** **Legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**F2 Group, LLC**<br>**P.O. Box 11157**<br>**Chandler, AZ 85246** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,456.62** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **landscape architectural services**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Gary L. Davis**<br>**1791 N Belvedere Ave**<br>**Fresno, CA 93722** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$483,333.33** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **1st Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Gary L. Davis**<br>**1791 N Belvedere Ave**<br>**Fresno, CA 93722** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$216,666.67** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **2nd Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Macavity Company, LLC** | Case number (if known) | **2:17-bk-08474** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Greenberg Dauber Epstein & Tucker**<br>**One Gateway Center, Suite 600**<br>**Newark, NJ 07102**<br>**Date(s) debt was incurred** June-July 2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,911.54** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**P.O. Box 9941, Stop 6552**<br>**Ogden, UT 84409**<br>**Date(s) debt was incurred** 12/31/2010 and 12/31/2011<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Taxes**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,044.37** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Jay Leuser**<br>**410 E Pueblo**<br>**Mesa, AZ 85204**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Jennings Strouss**<br>**One East Washington St., Suite 1900**<br>**Phoenix, AZ 85004**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,864.50** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Kane Russell Coleman Logan PC**<br>**1601 Elm Street, Suite 3700**<br>**Dallas, TX 75201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **legal services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$115,812.44** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Norman King**<br>**2707 E El Moro Drive**<br>**Mesa, AZ 85204**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **1st Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$409,021.95** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Norman King**<br>**2707 E El Moro Drive**<br>**Mesa, AZ 85204**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **2nd Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| Debtor | **Macavity Company, LLC** | Case number (if known) | **2:17-bk-08474** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Planning & Zoning Resource Co.**<br>**1300 S Meridian Ave, Suite 400**<br>**Oklahoma City, OK 73108** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,050.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Spencer Real Estate, LLC**<br>**2106 N Bridlewood**<br>**Mesa, AZ 85207** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$104,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**UEG United Engineering Group**<br>**3205 W. Ray Road, Suite 1**<br>**Chandler, AZ 85226** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$394,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **engineering services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Wasatch Property Mgmt, Inc.**<br>**26440 La Alameda, Suite 370**<br>**Mission Viejo, CA 92691** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$65,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,839,669.42** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,839,669.42** |

# United States Bankruptcy Court
## District of Arizona

In re  **Macavity Company, LLC**  
Debtor(s)

Case No.  **2:17-bk-08474**  
Chapter  **11**

# DECLARATION - AMENDED

I, the By Lane Spencer Its: Member/Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **3** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **August 10, 2017**

**/s/ Ready RDC LLC, Sole Member**  
**Ready RDC LLC, Sole Member**/**By Lane Spencer Its: Member/Manager**  
Signer/Title

Date: **August 10, 2017**

**/s/ John R. Clemency**  
Signature of Attorney  
**John R. Clemency**  
**Gallagher & Kennedy, P.A.**  
**2575 E. Camelback Rd.**  
**Phoenix, AZ 85016**  
**602-530-8000  Fax: 602-530-8500**

MML-5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

Macavity Company, LLC - 2:17-bk-08474

AL MCNATT FAMILY PARTNERSHIP
4401 N 1-35, SUITE 107
DENTON TX 76207


AVANCO ENVIRONMENTAL, INC.
2815 VALLEY VIEW LANE, SUITE 113
DALLAS TX 75234


BT DEVELOPMENT, LLC
4360 EAST BROWN ROAD
MESA AZ 85205


CABCO CABINETRY
1106 NORTH GILBERT ROAD
GILBERT AZ 85234


CAMERON PETERSEN
8839 E COLBY CRICLE
MESA AZ 85207


CITY OF PRINCETON, TEXAS
123 PRINCETON DRIVE
PRINCETON TX 75407


COLLIN COUNTY TAX ASSESSOR COLLECTOR
2300 BLOOMDALE RD., SUITE 2324
MCKINNEY TX 75071


CRYSTAL PROFIT SHARING PLAN AND TRUST
11601 N 132ND PLACE
SCOTTSDALE AZ 85259


D&J COMMERCIAL, LLC
1044 EAST SANDPIPER DRIVE
TEMPE AZ 85283


DALLAS PETERSEN
371 W CULLUMBER
GILBERT AZ 85233


DLA PIPER LLP
4365 EXECUTIVE DRIVE, SUITE 1100
SAN DIEGO CA 92121

F2 GROUP
P.O. BOX 11157
CHANDLER AZ 85248


F2 GROUP, LLC
P.O. BOX 11157
CHANDLER AZ 85246


GARY L. DAVIS
1791 N BELVEDERE AVE
FRESNO CA 93722


GREENBERG DAUBER EPSTEIN & TUCKER
ONE GATEWAY CENTER, SUITE 600
NEWARK NJ 07102


INTERNAL REVENUE SERVICE
P.O. BOX 9941, STOP 6552
OGDEN UT 84409


JAY LEUSER
410 E PUEBLO
MESA AZ 85204


JENNINGS STROUSS
ONE EAST WASHINGTON ST., SUITE 1900
PHOENIX AZ 85004


JOE BOND
11614 E APPALOOSA PL
SCOTTSDALE AZ 85259


KANE RUSSELL COLEMAN LOGAN PC
1601 ELM STREET, SUITE 3700
DALLAS TX 75201


MONTEX LANDS, INC.
5815 GULFTON DRIVE
HOUSTON TX 77081


NORMAN KING
2707 E EL MORO DRIVE
MESA AZ 85204

Macavity Company, LLC - 2:17-bk-08474

PLANNING & ZONING RESOURCE CO.
1300 S MERIDIAN AVE, SUITE 400
OKLAHOMA CITY OK 73108


PRINCETON MEADOWS
4401 N 1-35, SUITE 107
DENTON TX 76207


READY RDC, LLC
6950 E MILAGRO AVE
MESA AZ 85209


SPENCER REAL ESTATE, LLC
2106 N BRIDLEWOOD
MESA AZ 85207


STAWN VALLEY RANCH
1501 ALTA DRIVE
FORT WORTH TX 76107


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
FRANCHISE TAX SECTION
P.O. BOX 149348
AUSTIN TX 78714


TROY SPENCER
3417 SOUTH VALERIE DRIVE
CHANDLER AZ 85286


U.S TRUSTEE, OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE, SUITE 204
PHOENIX AZ 85003


UEG UNITED ENGINEERING GROUP
3205 W. RAY ROAD, SUITE 1
CHANDLER AZ 85226


WASATCH PROPERTY MGMT, INC.
26440 LA ALAMEDA, SUITE 370
MISSION VIEJO CA 92691